FILED
CHARLOTTE, NC

AUG 1 1 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
AT CHARLOTTE

LAWRENCE ROBINSON,          )
                           )
        Movant,            )        USDC Case No.   3:23-cv-____
                           )
        v.                 )
                           )        USDC Case No.   3:21-cr-168-1
UNITED STATES OF AMERICA,   )
                           )        Hon. Robert J. Conrad, Jr.
        Respondent.        )        Senior United States District Judge

---

## MOTION TO EXPAND THE RECORD

COMES NOW LAWRENCE ROBINSON, Movant *pro se*, in the above

styled and numbered cause, and respectfully moves this Honorable Court to

expand the record to include the declaration attached to this motion, pursuant

to Rule 7 of the Rules Governing Section 2255 Proceedings for the United

States District Courts.

Respectfully submitted, this __07__ day of __August_____, 2023.

_____
Lawrence Robinson, *Pro Se*
No. 65287-509
FCI Williamsburg
P.O. Box 340
Salters, South Carolina 29590