Lawrence Robinson #65287-509
FCI Williamsburg
P.O. Box 340
Salters SC, 29590

Clerk, US District Court
Jonas Federal Building 401 West Trade S
Room 1200
Charlotte NC 28202




FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 8/8/23

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer